UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| RICHARD'S GUTTERS & SHEET METAL INC., | ) | CASE NO. 06-11708-JBS |
| | ) | |
| Debtor(s). | ) | HON. JACK B. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 South Dearborn Street, Courtroom 682, Chicago, IL  60604

    On: **October 25, 2007**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $18,564.16 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $18,564.16 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $60.00 | $2,536.42 | $51.04 |
    | POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $1,100.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

{4273 NTC A0185056.DOC}

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>575.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Illinois Department Of Revenue | $575.00 | $575.00 |

7. Claims of general unsecured creditors totaling $20,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 71.5100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Sheet Metal Workers' International | $20,000.00 | $14,301.70 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court and may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor has not been discharged (Corporation).

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| OFFICE EQUIPMENT | $100.00 |

{4273 NTC A0185056.DOC}

Dated:  **October 1, 2007**                                    For the Court,

                                                          By:   ***KENNETH S. GARNDER***
                                                                Clerk of the U.S. Bankruptcy Court

Trustee:    Richard M. Fogel
Address:    321 N. Clark Street
            Suite 800
            Chicago, IL  60610
Phone No.   (312) 276-1334

{4273 NTC A0185056.DOC}

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

 .708   Doc 38   Filed 10/01/07   Entered 10/04/07 00:21:53   Desc Imaged
              Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Oct 01, 2007
Case: 06-11708                 Form ID: pdf002          Total Served: 7

The following entities were served by first class mail on Oct 03, 2007.
db          +Richard's Gutters & Sheet Metal, Inc.,    118 Anita Avenue,    Mount Prospect, IL 60056-1902
aty         +Kenneth M Mastny,    Berglund & Niew PC,    900 Jorie Blvd,    Oak Brook, IL 60523-2213
tr          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street  Suite 800,
              Chicago, IL 60610-4766
11421324    +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
              Chicago, Illinois 60601-3218
11194812    +Mark A Carter, Steven B Caiken,    Adelman & Gettleman LTD,    53 West Jackson Boulevard Suite 1050,
              Chicago, IL 60604-3786
10931333    +Sheet Metal Workers Local 73,    Fringe Benefit Funds,    4530 Roosevelt Road,
              Hillside, IL 60162-2053
10931334   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank,    P.O. Box 2188,    Oshkosh, WI 54903)

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2007**                  Signature: *Joseph Speetjens*