UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 06 B 11708 |
| | ) | Chapter 7 |
| Richard's Gutters & Sheet Metal, | ) | Judge Jack B. Schmetterer |
| Inc., | ) | |
| | ) | |
| Debtor | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the following request for compensation and expenses is allowed:

1. POPOWCER KATTEN, LTD.
   Accountant for the Trustee
   a. Compensation         $ 1,100.00

   b. Expenses              $     0.00

                    TOTAL   $ 1,100.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 10/25/07            ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

OCT 25 2007

{4273 ORD A0185079.DOC}